154 P.3d 431

# SUPREME COURT OF HAWAI‘I

■■■■■■■■

**February 23, 2007**

■■■■■■■■

| 27060 | Douglas v. State | Affirmed |
|-------|------------------|----------|

**March 28, 2007**

| 26852 | Engel v. Administrative Director of Courts | Affirmed |
|-------|--------------------------------------------|----------|